JOHN J. SULLIVAN, Respondent, *v.* NELLIE C. TAYLOR, Appellant.

*Sullivan* v. *Taylor*, 159 App. Div. 937, affirmed.
(Argued December 2, 1915; decided December 17, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 1, 1913, affirming a judgment in favor of plaintiff entered upon a verdict in an action, tenant against landlord, to recover for damage to merchandise alleged to have been caused by water coming through the roof of a leased store.

*Fred B. Pitcher* for appellant.

*George H. Cobb* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, COLLIN, CUDDEBACK, CARDOZO, SEABURY and POUND, JJ.